UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 03CR 10388- JLT |
| ) | |
| v.                            ) | VIOLATIONS: 18 U.S.C. §2113(a) |
| )                                | (Bank Robbery) |
| DARNELL MOORE            ) | |

INDICTMENT

COUNT ONE:     (18 U.S.C. §2113(a)--Bank Robbery)

The Grand Jury charges that:

On or about October 2, 2002, at South Easton, in the District of Massachusetts,

DARNELL MOORE,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of the North Easton Savings Bank money in the amount of $4,333, more or less, belonging to and in the care, custody, control, management and possession of said North Easton Savings Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

_____  12/17/05
FOREPERSON OF THE GRAND JURY


_____
JOHN A. CAPIN
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                December 17, 2003 @ 3:54 PM

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** South Easton  **Related Case Information:**

**County** Bristol

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New
Magistrate Judge Case Number  02-01717-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Darnell A. Moore   **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date:** 1970  **SS#** 9503  **Sex:** M  **Race:** Black  **Nationalist:** USA

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** John A. Capin   **Bar Number if applicable** 557277

**Interpreter:** ☐ Yes  ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  10/9/02  in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/17/03   **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant    Darnell A. Moore

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 2113(a) | Bank Robbery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

JS 45 Form.wpd - 3/13/02