## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: January 23, 2004 |
| Courtroom Clerk: Roland | Recording Time: 2:18 p  Time In Court: 15 min |
| Case: USA v. Darnell A. Moore | Case Number: 03-10388 JLT |
| AUSA: Hennessy for Capin | Defense Counsel: Delaney for Thomas |
| PTSO/PO: Vangie | Interpreter: ___ Language: ___ |

## TYPE OF HEARING

**[X] Initial Appearance**
[ ]   Arrested:   [ ] on warrant   [ ] on probable cause
[ ]   Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[X]   Requests Appointment of Counsel
[ ] Retained Counsel
[X]   Court Orders Counsel be Appointed
[ ]   Government Requests Detention & Continuance

**[X] Arraignment**
[X] Defendant Waived Reading of Indictment
[X] Defendant Pleads Not Guilty to Counts 1
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

**[ ] Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

**[ ] Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on ___ with Conditions

**[ ] Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

**[ ] Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

**[ ] Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

_____ set for _____ at _____

## REMARKS

Case called, Counsel and Dft appear for initial appearance and arraignment, Arraignment held, Dft pleads not guilty to count 1, Gov't requests detention, Scheduling Order issued, Dft remanded to the custody of the US Marshal, Case continued