UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
            v.                )     CRIMINAL ACTION
                              )     NO. 03-10388-PBS
DARNELL MOORE,                )
        Defendant,            )
_____)
```

### INITIAL STATUS REPORT
### March 3, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saris, J. to whom this case is assigned:

1. <u>Discovery</u>

The parties are continuing their efforts to complete discovery and have requested additional time for that purpose. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on May 3, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from February 20, 2004 (date of expiration of prior order of excludable time) through May 3, 2004 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, July 12, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
