UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DARNELL MOORE, )<br>       Defendant, )<br>) | CRIMINAL ACTION<br>NO. 03-10388-PBS |

ORDER OF EXCLUDABLE TIME
March 3, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 20, 2004 (date of expiration of prior order of excludable time) through May 3, 2004 (date by which discovery should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

Case 1:03-cr-10388-JLT    Document 11    Filed 03/03/2004    Page 2 of 2