UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10077-PBS |
| ) | |
| DARNELL MOORE, ) | |
| ) | |
| Defendant ) | |

### REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE DISCOVERY REQUESTS AND/OR FILE A MOTION TO DISMISS OR SUPPRESS

Defendant Darnell Moore, through the undersigned counsel, hereby moves for an extension of time within which to file a discovery letter and/or file a motion to dismiss or suppress.

As grounds for this motion, the undersigned states as follows:

(i) The parties agreed in their Joint Initial Status Report that the defense would file any discovery letter by April 15, 2004 on the understanding that that date would "permit the defendant adequate time to review discovery" prior to the deadline of May 1, 2004 by which to file any motion to dismiss or suppress;

(ii) Due to technical difficulties the government has been unable, despite diligent efforts, to provide the defense with the final disc of audio recordings of the defendant, as contemplated in the Join Initial Status Report;

(iii) The defense is unable to finalize any discovery requests until completion of Automatic Discovery;

(iv) Counsel for the government is currently out of the office for the week and could not be contacted in time to consent to this motion.

In light of the above, the defendant requests additional time to file any discovery requests and determine whether to file a motion to suppress or dismiss. The court is hereby requested to grant an additional 30 days from the date of the government's compliance with L.R. 116.1.

Respectfully submitted,

Dated: April 15, 2004

/s/ *signature*
Robert M. Thomas, Jr. (BBO #645600)
Royston H. Delaney (BBO #655666)
*THOMAS & ASSOCIATES*
Federal Reserve Building
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1072

## CERTIFICATE OF SERVICE

    I, Royston H. Delaney, hereby certify that on April 15, 2004 a true and correct copy of this Motion for An Extension of Time Within Which to Serve Discovery Requests and/or File a Motion to Dismiss or Suppress was served by U.S. Mail upon Mr. Capin for the United States.

_____
Royston H. Delaney