UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 APR 27 P 3: 08
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10077-PBS |
| ) | |
| DARNELL MOORE, ) | |
| ) | |
| Defendant ) | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE FINAL STATUS CONFERENCE AND TO EXCLUDE TIME

The United States and the defendant, Darnell Moore, (collectively, the "parties") submit this report and motion to apprise the Court of the status of this action, to request that the final status conference by continued until early June 2004, and jointly to move the Court to exclude from the time within which the trial must commence the period from April 15, 2004 until the date of the final status conference. The parties request that the final status conference be held in early June 2004 to permit the parties time to complete discovery and the defendant time to file any motion to dismiss or suppress before the final status conference.

As grounds for the relief sought herein, the parties state as follows. The defendant, on April 15, 2004, moved for additional time to serve discovery requests and file a motion to dismiss or suppress. The government agrees that the defendant requires such additonal time because of the delay in production by the government of certain audio recordings maintained by the Bristol County House of Correction. Due to technical difficulties, the government had been unable to obtain such recordings before now, despite diligent efforts. The government has now obtained those recordings and has on this date provided them to the defendant. The defendant now requires time to examine the recordings and determine whether additional discovery is

necessary. The parties agree that it would be appropriate to permit the defendant to file a discovery letter by May 27, 2004.

The parties agree that the period from April 15, 2004 to the date of the final status conference is excludable on two bases. First, it is excludable under 18 U.S.C. § 3161(h)(8)(A) because the defendant's interest in reviewing discovery produced by the government and making an informed decision whether to file a discovery letter pursuant to L.R. 116.3 counsel outweighs the interest of the defendant and the public in a speedy trial. The period is independently excludable under 18 U.S.C. §3161(h)(1)(F) and United States v. Jodoin, 672 F.2d 232, 238 (1st Cir 1982) because the defendant has requested time to file a motion to suppress or dismiss.

Wherefore, the parties ask the Court to continue the final status conference to early June 2004 and exclude, under the Speedy Trial Act, the period from April 15, 2004 to the date of the final status conference.

Respectfully submitted,

| DARNELL MOORE<br>By his Attorney | | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|---|
| | By: | |
| _____<br>RORY DELANEY, ESQ.<br>Thomas & Associates<br>600 Atlantic Avenue<br>Boston, MA 02210 | | _____<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |