UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
            v.                )   CRIMINAL ACTION
                              )   NO. 03-10388-JLT
DARNELL MOORE,                )
      Defendant,              )
_____)
```

STATUS REPORT
April 28, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Tauro, J. to whom this case is assigned:

1. Discovery

The parties are continuing their efforts to complete discovery and have requested additional time for that purpose. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on June 4, 2004, at 10:15 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 3, 2004 (date of

expiration of prior order of excludable time) through June 4, 2004 (date by which discovery in this case shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Friday, August 13, 2004.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE