UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>DARNELL MOORE,   )<br>   Defendant,   )<br>) | **CRIMINAL ACTION<br>NO. 03-10388-JLT** |

**ORDER OF EXCLUDABLE TIME**
**April 28, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 3, 2004 (date of expiration of prior order of excludable time) through June 4, 2004 (date by which discovery in this case should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE