# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
              v.                )   CRIMINAL ACTION
                                )   NO. 03-10388-JLT
DARNELL MOORE,                  )
         Defendant,             )
_____ )
```

## STATUS REPORT
### June 4, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Tauro, J. to whom this case is assigned:

1.  Substantive Motions

Mr. Moore has filed a substantive motion and the Government shall file its response to that motion by June 24, 2004.

2.  Further Status Conference

A further status conference shall be held in this case on June 28, 2004, at 2:00 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.  Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 4, 2004 (date of expiration of prior order of excludable time) through June 24, 2004

(date by which the Government is to file its opposition to Mr. Moore's substantive motion). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, September 2, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
