## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                           )
UNITED STATES OF AMERICA    )
                           )
         v.                 )        CRIMINAL ACTION
                           )        NO. 03-10388-JLT
DARNELL MOORE,              )
         Defendant,         )
_____)
```

## ORDER OF EXCLUDABLE TIME
## June 4, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161
(b)(1)(F), as interpreted by the United States Court of Appeals for
this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir.
1982)), that the period from June 4, 2004 (date of expiration of
prior order of excludable time) through June 24, 2004 (date by
which the Government is to file its opposition to Mr. Moore's
substantive motion) shall be excluded from the Speedy Trial Act.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE