```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                             )
UNITED STATES OF AMERICA,    )
                             )
            v.               )     CRIMINAL ACTION
                             )     NO. 03-10388-JLT
DARNELL MOORE,               )
            Defendant,       )
_____)
```

**FINAL STATUS REPORT**
**June 30, 2004**

**SWARTWOOD, M.J.**

The following is a Final Status Report to Tauro, J. to whom this case is assigned:

1. Discovery

Completed.

2. Defenses

The Defendant does not intend to raise an insanity, public authority or alibi defense.

3. Substantive Motions

The Defendant has filed a Motion to Suppress An Identification Procedure and To Prevent In Court Identification and the Government has filed an opposition to that motion. Counsel for the parties report that an evidentiary hearing on this motion should take approximately two to four hours.

4.   <u>Trial</u>

This case will proceed to trial and Judge Tauro can better estimate the length of the trial after he rules on Defendant's motion to suppress.

5.   <u>Excludable Time</u>

With the assent of counsel for the parties, the entire period from the return of this Indictment on December 17, 2003 through June 24, 2004 has been excluded from the Speedy Trial Act. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, September 2, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE