UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10388-JLT |
| ) | |
| DARNELL MOORE, ) | |
| ) | |
| Defendant ) | |

## JOINT FINAL STATUS CONFERENCE REPORT

Pursuant to Local Rule 116.5(C), the United States and Defendant Darnell Moore (collectively, the "parties") state as follows:

(1) There are no outstanding discovery issues to be presented to or resolved by the Court.

(2) The parties do not anticipate any additional discovery. The parties agree that the government will make the requisite expert witness disclosures thirty (30) days before trial and that the defendant will make reciprocal expert disclosures fourteen (14) days before trial.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant will not raise an alibi defense.

(5) The defendant has filed a motion to suppress an identification procedure and to prevent in court identification. The government has filed an opposition.

(6) An evidentiary hearing on the defendant's suppression motion should be scheduled. The presentation of evidence will likely take two-four hours.

(7) The parties have discussed resolution of this matter short of trial and such resolution is not likely.

(8)    The indictment in this case was filed on December 17, 2003. The parties agree that the period from December 17, 2003 to January 23, 2004, during which the defendant was transported from another district to the District of Massachusetts to make his initial appearance in this case, should be excluded under 18 U.S.C. §3161(h)(1)(H). In addition, the Court has ordered, and the parties agree to, the exclusion of the following periods of time Speedy Trial Act:

- 1/23/04 to 2/20/04 (Docket Entry 7)
- 2/20/04 to 5/3/04 (Docket Entry 11)
- 5/3/04 to 6/4/04 (Docket Entry 16)
- 6/4/04 to 6/24/04 (Docket Entry 19)

(9) The parties anticipate a one-week trial.


Respectfully submitted,

| | |
|---|---|
| DARNELL MOORE<br>By his Attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: |
| _____<br>RORY DELANEY, ESQ.<br>Thomas & Associates<br>600 Atlantic Avenue<br>Boston, MA 02210 | _____<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |

2