UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>DARNELL MOORE,   )<br>)<br>Defendant   )<br>) | CRIMINAL NO. 03-10388-JLT |

**UNOPPOSED MOTION TO CONVERT
SUPPRESSION HEARING INTO STATUS CONFERENCE**

Defendant Darnell Moore, through the undersigned court-appointed counsel, hereby requests, with the consent of the government, that this Thursday's suppression hearing be converted to an in-court status conference. The reasons for this request are as follows:

1. At issue in the pending motion to suppress are two apparent identifications of the defendant by bank tellers, pursuant to a "show up" procedure the defense alleges may have been defective. An evidentiary hearing on the matter had previously been set for Thursday, January 6, 2005.

2. The defense had requested of the government, and the government had agreed, that the relevant witnesses be made available for the suppression hearing. The government later learned that one of the bank teller witnesses had moved out of the area, and expressed reluctance to have her travel to Boston for the suppression hearing. The defense feels that her presence is important to the proceedings, because her identification is one of those being challenged, and would prefer postponing the hearing to proceeding without the witness.

3.  Rather than requesting a last-minute subpoena for the out-of-town witness, the parties have agreed that the appropriate step at this juncture is to request that the Court treat this Thursday's court date as a status conference, to resolve these and any other scheduling issues before holding an evidentiary hearing on the motion.

4.  If efforts to secure the defendant's appearance for Thursday have already been initiated, the defense requests that those arrangements not be interrupted. Defense counsel has not yet spoken in person with the defendant, and Thursday's court proceedings will be helpful in that regard.

Respectfully submitted,

Dated: January 4, 2005

Robert M. Thomas, Jr. (BBO #645600)
Royston H. Delaney (BBO #655666)
*THOMAS & ASSOCIATES*
Federal Reserve Building
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1072

- 3 -

## CERTIFICATE OF SERVICE

I, Robert M. Thomas, Jr., hereby certify that on January 4, 2005 a true and correct copy of this Unopposed Motion to Convert Suppression Hearing into Status Conference was served via facsimile and by U.S. Mail upon John Capin, Esq. Attorney for the United States.

_____
Robert M. Thomas, Jr.