UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARNELL MOORE,<br><br>Defendant | CRIMINAL NO. 03-10388-JLT |

## MOTION TO WITHDRAW AS COUNSEL
## AND TO APPOINT SUBSTITUTE CJA COUNSEL

The undersigned, court-appointed counsel for Defendant Darnell Moore, hereby requests to withdraw as counsel in the above matter, due to a breakdown in trust and confidence between client and attorney. Counsel is willing, if requested by the Court, to provide further details *in camera*.

The next scheduled court appearance for Mr. Moore is the suppression hearing, scheduled for April 7, 2005. Counsel hopes that this request provides sufficient time to appoint substitute CJA counsel.

Respectfully submitted,

Dated: January 26, 2005

Robert M. Thomas, Jr. (BBO #645600)
Royston H. Delaney (BBO #655666)
*THOMAS & ASSOCIATES*
Federal Reserve Building
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1072

## CERTIFICATE OF SERVICE

    I, Robert M. Thomas, Jr., hereby certify that on January 26, 2005 a true and correct copy of this Motion to Withdraw as Counsel and to Appoint Substitute CJA Counsel was served by U.S. Mail upon John Capin, Esq. Attorney for the United States, and by U.S. Mail to Mr. Moore, who is in federal custody.

_____
Robert M. Thomas, Jr.