UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. 03-10388-JLT |
| | ) | |
| DARNELL A. MOORE | ) | |
| | ) | |

### ASSENTED MOTION OF THE ACCUSED TO
### CONTINUE SUPPRESSION HEARING AND TRIAL

Now comes Darnell A. Moore, the accused in the above-entitled criminal matter and pursuant to Fed. R. Crim. P. Rules 12 and 32(c (1) and LR 7.1, respectfully moves this Honorable Court to continue the hearing on the accused's Motion to Exclude Impermissibly Suggestive Identification Procedure from April 7, 2005 to May 2, 2005. The accused's further moves this Honorable Court to continue the Trial from May 2, 2005 to a later to be chosen on May 2, 2005 which is convenient to the Court and the Government.

As grounds for this Motion, the accused states as follows:

1. Attorney McCann was appointed to represent Mr. Moore on March 15, 2005. As of this date, he has not received Mr. Moore's file from predecessor counsel, Attorney Robert M. Thomas, and he has had no opportunity to review the file of the accused's Motion.

2. Attorney McCann presently is scheduled to begin trial on May 16, 2005 in the Essex Superior Court in the case of Commonwealth vs. Leo Womack. Mr. Womack is charged with homicide and has been held without bail pending trial. The reasonably anticipated length of this trial is approximately two (2) weeks.

3.     Attorney McCann presently is scheduled to begin trial on either June 6 or 13, 2005 in the Essex Superior Court in the case of Commonwealth vs. Luis Penn., depending upon the completion date of the Womack trial.  Mr. Womack also is charged with homicide and has been held without bail pending trial.  The reasonably anticipated length of this trial is approximately two (2) weeks..

4.     Attorney McCann has contacted AUSA John A. Capin regarding the proposed continuance, and he has indicated that he assents to the continuance of the suppression hearing until May 2, 2005 on which date the parties and this Court will chose a new trial date.

5.     The requested continuance is for good cause, in the interests of justice and will not unduly prejudice Mr. Moore or the Government.

          Respectfully submitted for,
          Darnell A. Moore, by his Attorney,

          /s/ Eugene Patrick. McCann
          _____
          Eugene Patrick McCann, BBO #327400
          Manzi and McCann
          59 Jackson Street
          Lawrence, Massachusetts 01840
          Tel.  (978) 686-5664

DATED:  March 28, 2005

          ASSENTED TO:
          UNITED STATES OF AMERICA

          /s/ John A. Capin
By:   _____
          John A. Capin
          Assistant United States Attorney

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I hereby certify that on this date my office conferred with AUSA John A. Capin, and he indicated that he would assent to this Motion.

      /s/ Eugene Patrick. McCann
      _____
      Eugene Patrick McCann, BBO #327400
      Manzi and McCann
      59 Jackson Street
      Lawrence, Massachusetts 01840
      Tel. (978) 686-5664

**CERTIFICATE OF SERVICE**

      I, Eugene Patrick McCann, counsel for Darnell A. Moore, certify under the pains and penalties of perjury, that I have on this 28th day of March, 2005, served a copy of the foregoing to be delivered by electronic filing to the following:

      AUSA John A. Capin
      Office of the United States Attorney
      U.S. Courthouse, Suite 9200
      One Courthouse Way
      Boston, Massachusetts 02210

      /s/ Eugene Patrick. McCann
      _____
      Eugene Patrick McCann