UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | CASE NO. 03-10388-JLT |
| DARNELL A. MOORE | ) ) ) | |

**AFFIDAVIT OF EUGENE PATRICK McCANN IN SUPPORT OF THE ASSENTED MOTION OF THE ACCUSED TO CONTINUE SUPPRESSION HEARING AND TRIAL**

I, Eugene Patrick McCann, being under oath, do depose and state as follows:

1. I am an attorney duly licensed to practice law in this Court.

2. I am the appointed counsel of record for Darnell A. Moore.

3. I have personal knowledge of all facts set forth in this Affidavit.

4. I was appointed to represent Mr. Moore on March 15, 2005. As of this date, I havw not received Mr. Moore's file from predecessor counsel, Attorney Robert M. Thomas, and he has had no opportunity to review the file of the accused's Motion.

5. I presently am scheduled to begin trial on May 16, 2005 in the Essex Superior Court in the case of Commonwealth vs. Leo Womack. Mr. Womack is charged with homicide and has been held without bail pending trial. The reasonably anticipated length of this trial is approximately two (2) weeks.

5. I presently am scheduled to begin trial on either June 6 or 13, 2005 in the Essex Superior Court in the case of Commonwealth vs. Luis Penn., depending upon the completion date of the Womack trial. Mr. Womack also is charged with homicide and has been held without bail pending trial. The reasonably anticipated length of this trial is approximately two (2) weeks..

6.   I have contacted AUSA John A. Capin regarding the proposed continuance, and he has indicated that he assents to the continuance of the suppression hearing until May 2, 2005 on which date the parties and this Court will chose a new trial date.

7.   The requested continuance is for good cause, in the interests of justice and will not unduly prejudice Mr. Moore or the Government.

Signed under the pains and penalties of perjury this 28th day of March, 2005.

/s/ Eugene Patrick. McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel.  (978) 686-5664

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Darnell A. Moore, certify under the pains and penalties of perjury, that I have on this 28th day of March, 2005, served a copy of the foregoing to be delivered by electronic filing to the following:

AUSA John A. Capin
Office of the United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, Massachusetts 02210

/s/ Eugene Patrick. McCann
_____
Eugene Patrick McCann