March 20, 2005,

~~Treated as a motion to extend the time for filing a habeas corpus petition, motion denied as beyond the subject matter jurisdiction of this Court~~  Vacated. 11/24

William G. Young
Chief Judge   #3 WGY

U.S.

v

Darnell Moore

03CR10388-JLT

Dear Judge Young,

Please excuse the informal standards in which I am literally _forced_ to petition you. At this time I am currently back in the State of Massachusetts from Lewisberg Penitentiary, on writ, to stand trial for an instant offense before Judge Tauro. I've written to you expressing and requesting my need for an extension of filing time for my 2255 motion so that I will not become time barred from doing so, in what has boiled down to a matter of two weeks from now.

Judge Young, as I've made you aware in my previous letters of request, I've been navigating myself through this legal quagmire ~~and~~ finding myself in without the very much needed assistance of counsel, I've

tried on many occassions to reach out to Attorney John LaChance, he does not accept my calls, nor return the calls of my family. On my own I've petitioned the State courts for the different letters of acknowledgement, Collogy copies, transcripts and affidavits. On my own I have been trying to compile them appropiately into a 2255 worthy of merit. I just became in the past two months satisfied and close to filing. in the last week and a half, I've been on and off a plane for four days in transit to get back here, I have no legal work and the jail I am detained at is incompetant, as far as available legal materials for litigating in the Federal forum is concerned.

<u>I ask that you please allow me an extension of time to file my 2255 Motion, and to not time bar me from doing so in the immediate future.</u> Again, Please excuse my barely legible print, lack of a word processor and the rushed form in which I had to communicate to you. If possible, I ask would it be appropiate to ask your clerk to forward me a 2255 package, as my own is in Lewisburg and we are not allowed to travel with anything while in transit, nor did I have a clue as to my departure. Thank you for your patience and anticipated cooperation.

Sincerely, Respectfully Submitted,
Darnell A. Mann

[PS] Please acknowledge receipt Your Honor, of this and previous letters/requests. Thank you